UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE FELIX GALAN FLORES et al., <br> Plaintiffs, <br> -against- <br> STAR FOOD MART AND DELI CORP et al., <br> Defendants. | Case No. 1:23-cv-06472 (JLR) <br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On January 18, 2024, the Court was notified that the parties in this action – brought pursuant to the Fair Labor Standards Act (the "FLSA"), 29 U.S.C. § 201 *et seq.* – have reached a settlement.  By separate Order today, the Court is referring this case to the designated Magistrate Judge for purposes of reviewing and deciding whether to approve the settlement.  *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015); *Samake v. Thunder Lube, Inc.*, 24 F.4th 804 (2d Cir. 2022).

In addition, to conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, IT IS HEREBY ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the Magistrate Judge.  **If both parties consent** to proceed before the Magistrate Judge, they must, by **February 2, 2024**, file on the docket a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this Order (and also available at https://www.nysd.uscourts.gov/node/754).  If the Court approves that form, all further proceedings will then be conducted before the Magistrate Judge rather than before the undersigned.  Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be from this Court if the consent form were

not signed and so ordered.  An information sheet on proceedings before magistrate judges is also attached to this Order.

**If either party does not consent** to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter, by **February 2, 2024**, advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**.  There will be no adverse consequences if the parties do not consent to proceed before the Magistrate Judge.

IT IS FURTHER ORDERED that all other deadlines in this case are adjourned.

Dated: January 19, 2024
New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge