# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165  
mary@csm-legal.com

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

**VIA ECF**  
Hon. Jennifer E. Willis  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

> This request is GRANTED. SO ORDERED.
>
> */s/ Jennifer E. Willis*
> _____
> Jennifer E. Willis
> United States Magistrate Judge
>
> February 2, 2024

Re: <u>Galan Flores et al v. Star Food Mart And Deli Corp. et al</u>  
Index No. 1:23-cv-06472-JLR

Your Honor:

This office represents Plaintiffs in the above referenced matter. This letter is written jointly to respectfully request a brief extension to the February 2, 2024 deadline to submit the settlement agreement.

The parties are finalizing a settlement agreement but respectfully request additional time to execute the agreement. The parties anticipate needing an additional two weeks to file the agreement. Therefore we request that the deadline be extended to February 16, 2024.

Respectfully Submitted,

*/s/ Mary Bianco*  
Mary Bianco, Esq.  
CSM Legal, P.C.  
60 East 42nd Street, Suite 4510  
New York, NY 10165  
Tel. No.: (212) 317-1200  
*Attorneys for Plaintiffs*

cc: All counsel (VIA ECF)